UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND ROBLES,<br><br>       Plaintiff,<br>v.<br>TOLLOTI et al,<br><br>       Defendant. | Case No. 3:25-cv-00143-ART-CSD<br><br>ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br>(ECF No. 5) |

Before the Court is Plaintiff Raymond Robles's Notice of Voluntary Dismissal of this action. (ECF No. 5) An action may be voluntarily dismissed by a Plaintiff as of right under Fed. R. Civ. P. 41(a)(1)(A)(i) if the notice of dismissal is filed before the opposing party files either an answer or a motion for summary judgment.

Here, Defendant's have not filed an answer to Plaintiff's complaint (ECF No. 1) or any other documents in this case.

It is therefore ordered that Plaintiff's motion for voluntary dismissal (ECF No. 5) is GRANTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk of the Court is instructed to CLOSE this case.

DATED: May 28, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE